UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Lifeway Foods, Inc., <br><br> Plaintiff, <br> v. <br><br> Edward Smolyansky and Ludmila Smolyansky, d/b/a Pure Culture Organics, Inc., <br><br> Defendants. | Case No. 1:24-cv-02601 |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule 41(a)(1)(A)(ii), Plaintiff Lifeway Foods, Inc. and Defendants Edward Smolyansky and Ludmila Smolyansky stipulate to the dismissal of this case subject to the following conditions:

(1) Both Counts I and II of Lifeway's Complaint (Dkt. 1) are dismissed with prejudice;

(2) All parties are to bear their own fees and costs;

(3) In accordance with (2), Defendants withdraw the request for an award of their attorneys' fees included in their motion for reconsideration (Dkt. 31) and, accordingly, request that the Court hold that the pending order to show cause (Dkt. 43) is moot.

Respectfully submitted,

| | |
|---|---|
| By: /s/ *Stephen J. Rosenfeld* <br> Stephen J. Rosenfeld <br> Patrick R. O'Meara <br> MCDONALD HOPKINS LLC <br> 300 North LaSalle, Suite 1400 <br> Chicago, IL 60654 <br> (312) 280-0111 <br> E-mail: srosenfeld@mcdonaldhopkins.com | By: /s/ *Zoe Cross* <br> Nicholas H. Callahan (ARDC #6299231) <br> Zoe Cross (ARDC #6332496) <br> BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG <br> 200 W. Madison Street, Suite 3900 <br> Chicago, IL 60606 <br> (312) 984-3100 <br> nick.callahan@bfkn.com <br> zoe.cross@bfkn.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |